IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FIFTH DIVISION

---

DAVID FLASCHBERGER,

Plaintiff,

vs.

DULUTH, MISSABE AND IRON RANGE RAILWAY COMPANY, a corporation and subsidiary of TRANSTAR COMPANY, INC., a corporation,

Defendant.

Civil Action No. 01-799 (RHK/RLE)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

---

The above-entitled action, having been fully compromised and settled by and between the parties hereto, through their respective undersigned attorneys,

IT IS HEREBY STIPULATED AND AGREED that the same may be, and hereby is, dismissed on its merits with prejudice and without further costs or disbursements to either of the parties hereto; and the Clerk of said Court, upon the filing of this Stipulation of Dismissal, is hereby authorized and directed to so dismiss said action of record.

Dated: August 1, 2002

William Kvas, MN ID 168294
HUNEGS, STONE, LeNEAVE, KVAS & THORNTON, P.A.
1650 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
(612) 339-4511

ATTORNEYS FOR PLAINTIFF

AUG 06 2002

AUG 06 2002

10 11

119820-1

Dated: 8-2, 2002

Jeffrey R. Schmidt, MN ID 96970
RIDER, BENNETT, EGAN & ARUNDEL
333 South Seventh Street
Suite 2000
Minneapolis, Minnesota 55402
(612) 340-7951

ATTORNEYS FOR DEFENDANT

**ORDER FOR DISMISSAL**

Pursuant to the foregoing Stipulation, the above-captioned action is hereby dismissed with prejudice and without costs to any of the parties to this agreement and judgment may be entered accordingly.

BY THE COURT

Dated: August 6, 2002

Raymond L. Erickson
United States Magistrate Judge